IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| SILVIA M. O'HARO, | : |
| | : |
|        Plaintiff | : CIVIL ACTION NO 1:18-CV-2073 |
|   v. | : |
| | : Honorable Christopher C. Conner |
| HARRISBURG AREA COMMUNITY | : |
| COLLEGE | : |
| | : |
|        Defendant | : |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Defendant Harrisburg Area Community College, by and through its counsel, and for the reasons set forth in its accompanying brief in support, hereby requests that the Court enter an order granting summary judgment in favor of Defendant on all claims in accordance with Rule 56 of the Federal Rules of Civil Procedure.

Respectfully submitted,

BARLEY SNYDER LLP
*/s/ David J. Freedman*
David J. Freedman, Esq. (Pa. Bar No. 207257)
dfreedman@barley.com
Kareemah Mayer, Esq (Pa. Bar No. 326031)
kmayer@barley.com
126 East King Street
Lancaster, PA 17602-2893
Tel:  (717) 299-5201
Fax: (717) 291-4660
*Attorneys for Defendant Harrisburg Area*
*Community College*

7474628_1
7474628.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing,

Defendant's Motion for Summary Judgment, this 1st day of November, 2019, was

electronically filed and served via the Court's CM/ECF electronic system to all

known counsel of record, including the following:

Sara A. Austin, Esq.
Austin Law Firm LLC
226 E. Market St.
York, Pa 17403
(717) 846-2246
saustin@austinlawllc.com

BARLEY SNYDER LLP
*/s/ David J. Freedman*
David J. Freedman, Esq. (Pa. Bar No. 207257)
dfreedman@barley.com
Kareemah Mayer, Esq (Pa. Bar No. 326031)
kmayer@barley.com
126 East King Street
Lancaster, PA 17602-2893
Tel:  (717) 299-5201
Fax: (717) 291-4660
*Attorneys for Defendant Harrisburg Area*
*Community College*

7474628_1
7474628.1