IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SILVIA M. O'HARO, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO 1:18-CV-2073 |
| v. | : | |
| | : | Honorable Christopher C. Conner |
| HARRISBURG AREA COMMUNITY COLLEGE | : | |
| | : | |
| | : | |
| Defendant | : | |

## LIST OF EXHIBITS

| | |
|---|---|
| Exhibit 1 | Affidavit of Caren LaRue |
| Exhibit 2 | Associate Degree Nursing Program Graduation Requirements |
| Exhibit 3 | Deposition Transcript of Caren LaRue |
| Exhibit 4 | Associate Degree Academic Progression |
| Exhibit 5 | HACC's Readmission Procedure |
| Exhibit 6 | O'Haro's Transcript from Hagerstown Community College |
| Exhibit 7 | Letter from Hagerstown Community College May 25, 2001 |
| Exhibit 8 | O'Haro's HACC Academic Transcript |
| Exhibit 9 | Deposition Transcript of Silvia O'Haro |
| Exhibit 10 | Nursing 206 Syllabus |
| Exhibit 11 | O'Haro's N206 Clinical Evaluation Tool |
| Exhibit 12 | 11/22/2014 Guide to Client Centered Care Worksheet |

| | |
|---|---|
| Exhibit 13 | 10/09/2014 Letter |
| Exhibit 14 | Silvia O'Haro's N206 Grade List |
| Exhibit 15 | Deposition Transcript of Jill Lott |
| Exhibit 16 | Affidavit of Jill Lott |
| Exhibit 17 | O'Haro's Request for Readmission |
| Exhibit 18 | Defendant's Responses to Plaintiff's First Set of Requests for Admissions |
| Exhibit 19 | O'Haro's N250 Clinical Evaluation Tool |
| Exhibit 20 | February 18, 2015, Action Plan |
| Exhibit 21 | Deposition Transcript of Kara Lindstrom |
| Exhibit 22 | Affidavit of Kara Lindstrom |
| Exhibit 23 | Updated Action Plan |
| Exhibit 24 | Nursing 250 Syllabus |
| Exhibit 25 | Jill Lott's 02/26/15 Notes |
| Exhibit 26 | Student Appeal of Academic Decision Form |
| Exhibit 27 | April 29, 2015, Letter from Kathleen Doherty |
| Exhibit 28 | Affidavit of Dory Uhlman |
| Exhibit 29 | O'Haro's Appeal Letter |
| Exhibit 30 | Deposition Transcript of Dory Uhlman |
| Exhibit 31 | Grade Appeal Response from Caren LaRue |
| Exhibit 32 | Grade Appeal Response from Kara Lindstrom |
| Exhibit 33 | O'Haro's ATI TEAS Exam Scores |
| Exhibit 34 | September 27, 2017, Letter to Silvia O'Haro |

7470386.1

| Exhibit 35 | Remediating an Unsafe Practice Incident |
| Exhibit 36 | K.E.'s September, 25, 2014, Nursing 240 Clinical Evaluation |
| Exhibit 37 | K.E.'s  Lab Prescription |
| Exhibit 38 | Deposition Transcript of K.E. |
| Exhibit 39 | October 27, 2016 PHRC Letter |
| Exhibit 40 | T.L.'s Written Statement |
| Exhibit 41 | Deposition Transcript of T.L. |
| Exhibit 42 | L.F.'s Academic Transcript |

7470386.1