
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SILVIA M. O'HARO, | : |
| Plaintiff | : CIVIL ACTION NO 1:18-CV-2073 |
| v. | : |
| | : Honorable Christopher C. Conner |
| HARRISBURG AREA COMMUNITY COLLEGE | : |
| Defendant | : |

## LIST OF EXHIBITS

| | |
|---|---|
| EXHIBIT A | Hagerstown Community College Transcript |
| EXHIBIT B | Shippensburg University Transcript |
| EXHIBIT C | Second Affidavit of Caren LaRue |

7569910.1

Exhibit "A"

```
Mrs. Silvia M. O'Haro                                           07/18/19
                                                                PAGE   1

                                              ID Number: 0132681
                                                      SSN:
         Mrs. Silvia M. O'Haro                 Birth Date:
                                              Active Progs:

                                                  Comments:




Fall 1998

MAT-098  Basic Arithmetic Skills              2.0   2.0  B       0.00

              CR Type: I        Totals:       2.0   2.0  0.00    0.00
Cumulative:                     Totals:       2.0   2.0  0.00    0.00
ACADEMIC AMNESTY - 06/04

Spring 1999

MAT-099  Elementary Algebra                   3.0   3.0  C       0.00
RDG-098  Vocabulary Building                  3.0   3.0  C       0.00

              CR Type: I        Totals:       6.0   6.0  0.00    0.00
Cumulative:                     Totals:       8.0   8.0  0.00    0.00
ACADEMIC AMNESTY - 06/04

Fall 1999

ENG-099  Basic English                        0.0   0.0 MP       0.00
MAT-100  Intermediate Algebra-Lec             3.0   3.0  D       0.00

              CR Type: I        Totals:       3.0   3.0  0.00    0.00
Cumulative:                     Totals:      11.0  11.0  0.00    0.00
ACADEMIC AMNESTY - 06/04

Spring 2000

MAT-101  College Algebra                      3.0   0.0  F  R    0.00 GENED
ENG-100  Developmental Composition            3.0   3.0  C       0.00
RDG-099  Reading                              3.0   3.0  B       0.00

              CR Type: I        Totals:       9.0   6.0  0.00    0.00
Cumulative:                     Totals:      20.0  17.0  0.00    0.00
ACADEMIC AMNESTY - 06/04

Fall 2000
                    -- Continued on Next Page --




Mrs. Silvia M. O'Haro                                           07/18/19
                                                                PAGE   2

                                              ID Number: 0132681
                                                      SSN:
         Mrs. Silvia M. O'Haro                 Birth Date:
                                              Active Progs:

                                                  Comments:
```

CONFIDENTIAL

HCC000012

```
ENG-101   English Composition              3.0   3.0  C       0.00 GENED
MAT-101   College Algebra                  0.0   0.0  W  R    0.00 GENED

          CR Type: O        Totals:   3.0   3.0  0.00    0.00
Cumulative:                 Totals:  23.0  20.0  0.00    0.00
ACADEMIC AMNESTY - 06/04

Transfer Courses

PSY-101   General Psychology HARRISBURG AREA   0.0   3.0        0.00
BIO-110   Human Biology      HARRISBURG AREA   0.0   3.0        0.00
PSY-206   Abnormal Psycholog HARRISBURG AREA   0.0   3.0        0.00
BIO-103   Human Anatomy & Ph HARRISBURG AREA   0.0   4.0        0.00
BIO-103L  Anatomy & Physiolo HARRISBURG AREA   0.0   0.0        0.00
BIO-104   Human Anatomy & Ph HARRISBURG AREA   0.0   4.0        0.00
BIO-104L  Anatomy & Physiolo HARRISBURG AREA   0.0   0.0        0.00
SOC-101   Introduction to So HARRISBURG AREA   0.0   3.0        0.00
SPD-103   Public Speaking    HARRISBURG AREA   0.0   3.0        0.00
HUM-GEN   Humanities - Gen E HARRISBURG AREA   0.0   3.0        0.00
BIO-205   Microbiology       HARRISBURG AREA   0.0   4.0        0.00
BIO-205L  Microbiology: Lab  HARRISBURG AREA   0.0   0.0        0.00
CHM-GEN   Chemistry - Gen Ed HARRISBURG AREA   0.0   3.0        0.00
PSY-204   Dev Psych: Lifespa HARRISBURG AREA   0.0   3.0        0.00
MAP-102   Medical Terminolog HARRISBURG AREA   0.0   3.0        0.00

          CR Type: T        Totals:   0.0  39.0  0.00    0.00
Cumulative:                 Totals:   0.0  39.0  0.00    0.00

Spring 2001

CHM-101   Introductory College Chemistry   4.0   0.0  F       0.00 GENED
CHM-101L  Intro College Chem: Lab          0.0   0.0          0.00
ENG-102   Composition and Literature       3.0   3.0  C       0.00
          ACAD AMNESTY 06-2004

          CR Type: O        Totals:   7.0   3.0  0.00    0.00
Cumulative:                 Totals:   7.0  42.0  0.00    0.00

              -- Continued on Next Page --
```

-- Continued on Next Page --

```
Mrs. Silvia M. O'Haro                                07/18/19
                                                     PAGE    3

                                      ID Number: 0132681
                                            SSN:
                   Mrs  Silvia M. O'Haro      Birth Date: .
                                          Active Progs:

                                              Comments:
```

```
Summer 2015

MAT-101   College Algebra                  3.0   3.0  B       9.00 GENED

          CR Type: I        Totals:   3.0   3.0  3.00    9.00
Cumulative:                 Totals:  10.0  45.0  3.00    9.00

Fall 2018

ART-101   Introduction to Visual Arts      3.0   3.0  B       9.00 GENED
```

```
ANT-201  Cultural Anthropology              3.0   3.0  B     9.00 GENED

            CR Type: I        Totals:  6.0   6.0  3.00  18.00
Cumulative:                   Totals: 16.0  51.0  3.00  27.00

Spring 2019

ECO-201  Macroeconomic Principles           3.0   3.0  C     6.00 GENED
PSY-208  Theories of Personality            3.0   3.0  A    12.00

            CR Type: I        Totals:  6.0   6.0  3.00  18.00
Cumulative:                   Totals: 22.0  57.0  3.00  45.00
************************************************************************
AA - Associate of Arts Degree Awarded on 04/19
  Majors                       Minors                  Specializations
  -------------------------    ----------------------  -----------------------
  PSY  - Psychology
************************************************************************
```

                          *** End Of Report ***

**Exhibit "B"**

# OFFICIAL ACADEMIC TRANSCRIPT

**SHIPPENSBURG UNIVERSITY**
1871 Old Main Drive
Shippensburg, PA 17257-2299
www.ship.edu

Student No: 600321985

Record of: Silvia Monica O'Haro

Course Level: Undergraduate
Only Admit: Fall 2019

Date Issued: 25-JUL-2019
Page: 1

Issued To: BARLEY SNYDER
ATTORNEYS AT LAW
126 E KING ST
LANCASTER, PA 17602

Current Program
Bachelor of Arts
   College : College of Arts and Sciences
   Major : Psychology

```
CRSE NO.    COURSE TITLE                     CRED GRD  PTS R

TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:

Fall 2000          Hagerstown Cmty College
ENG 114    Writ Int First Yr Sm            3.000 TR
   Ehrs:    3.000 QPts:    0.00
   GPA-Hrs: 0.000 GPA:     0.000

Spring 2001        Hagerstown Cmty College
ENG 250    Intro to Literature             3.000 TR
   Ehrs:    3.000 QPts:    0.00
   GPA-Hrs: 0.000 GPA:     0.000

Summer 2015        Hagerstown Cmty College
MAT 009    Math Transfer - Req             3.000 TR
   Ehrs:    3.000 QPts:    0.00
   GPA-Hrs: 0.000 GPA:     0.000

Fall 2018          Hagerstown Cmty College
ANT 111    Cult Anthropology               3.000 TR
ART 101    Art Appreciation                3.000 TR
   Ehrs:    6.000 QPts:    0.00
   GPA-Hrs: 0.000 GPA:     0.000

Spring 2019        Hagerstown Cmty College
ECO 101    Prin of Macro                   3.000 TR
PSY 240    Psych Personality               3.000 TR
   Ehrs:    6.000 QPts:    0.00
   GPA-Hrs: 0.000 GPA:     0.000

Spring 2010        Harrisburg Area Cmty College
BIO 150    Human Biology                   3.000 TR
PSY 101    General Psychology              3.000 TR
          --------- CONTINUED ON NEXT COLUMN ---------

Transfer Information continued:
   Ehrs:    6.000 QPts:    0.00
   GPA-Hrs: 0.000 GPA:     0.000

Fall 2010          Harrisburg Area Cmty College
PSY 330    Abnormal Psychology             3.000 TR
   Ehrs:    3.000 QPts:    0.00
   GPA-Hrs: 0.000 GPA:     0.000

Spring 2011        Harrisburg Area Cmty College
BIO 237    Human Anatomy & Physiology I    4.000 TR
   Ehrs:    4.000 QPts:    0.00
   GPA-Hrs: 0.000 GPA:     0.000

Summer 2011        Harrisburg Area Cmty College
HCS 100    Intro Human Comm                3.000 TR
   Ehrs:    3.000 QPts:    0.00
   GPA-Hrs: 0.000 GPA:     0.000

Summer 2011        Harrisburg Area Cmty College
SOC 101    Intr Soc Society Div            3.000 TR
   Ehrs:    3.000 QPts:    0.00
   GPA-Hrs: 0.000 GPA:     0.000

Fall 2011          Harrisburg Area Cmty College
BIO 220    Microbiology                    4.000 TR
ESC 001    Exercise Sci Transfr            1.000 TR
PHL 105    Ethical Theories & Problems     3.000 TR
   Ehrs:    8.000 QPts:    0.00
   GPA-Hrs: 0.000 GPA:     0.000

Spring 2012        Harrisburg Area Cmty College
BIO 238    Human Anatomy & Physiology II   4.000 TR
CHM 105    Chm Observ Approach             3.000 TR
   Ehrs:    7.000 QPts:    0.00
   GPA-Hrs: 0.000 GPA:     0.000

Fall 2012          Harrisburg Area Cmty College
ELC 001    Elective Transfer               2.000 TR
ESC 278    Medical Terminology             3.000 TR
          --------- CONTINUED ON PAGE 2 ---------
```



This officially sealed and signed transcript is printed on blue SCRIP-SAFE® security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied the institution name and the word COPY appear as a latent image. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.   CONFIDENTIAL

Cathy J. Sprenger, Registrar

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND    REJECT DOCUMENT IF SIGNATURE ABOVE IS DISTORTED

SHIP000002

# SHIPPENSBURG UNIVERSITY OF PENNSYLVANIA

Office of the Registrar      1871 Old Main Drive      Shippensburg, PA 17257

## INSTITUTION NAMES

| Year | Name |
|---|---|
| 1983 | Shippensburg University of Pennsylvania |
| 1960 | Shippensburg State College |
| 1927 | Shippensburg State Teachers College |
| 1873 | Cumberland Valley State Normal School |

Shippensburg University is a member of Pennsylvania's State System of Higher Education.

## CALENDAR AND CREDIT SYSTEM

Shippensburg University operates on a semester calendar. The unit of credit is the semester hour.

## ACCREDITATION

Middle States Commission on Higher Education (MSCHE)
The Association to Advance Collegiate Schools of Business (AACSB International)
Accreditation Board for Engineering & Technology (ABET, Inc.)
Academy of Criminal Justice Sciences (ACJS)
Accrediting Council on Education in Journalism and Mass Communication (ACEJMC)
American Chemical Society (ACS)
Council on Social Work Education (CSWE)
Council for the Accreditation of Counseling and Related Educational Programs (CACREP)
International Association of Counseling Services (IACS)
Council for Exceptional Children (CEC)
Council for the Accreditation of Educator Preparation (CAEP)

## QUALITY POINT AVERAGE (QPA)

The quality point average (QPA) is calculated by taking the total number of quality points earned and dividing by the number of GPA hours. Courses which are not included in the QPA calculation are indicated by an "E" (Exclude) in the "R" (Repeat) column. The most recent course repeat is indicated by an "I" (Include) in the "R" (Repeat) column. An "A" designation in the "R" (Repeat) column indicates that the course grade has been averaged into the QPA. For additional information regarding the repeat policy, please visit www.ship.edu/catalog.

## COURSE NUMBERING

| Range | Level |
|---|---|
| 100 – 199 | Introductory Level |
| 200 – 299 | Lower Division |
| 300 – 399 | Upper Division |
| 400 – 499 | Dual Level (Upper Division/Master's) |
| 500 – 699 | Master's |
| 700 – 799 | Master's/Doctoral |
| 800 – 899 | Doctoral |

## GRADING SYSTEM

| Grade | Description | | Quality Points |
|---|---|---|---|
| A | Excellent | | 4.0 quality points |
| A- | | | 3.7 quality points |
| B+ | | | 3.3 quality points |
| B | Good | | 3.0 quality points |
| B- | | | 2.7 quality points |
| C+ | | | 2.3 quality points |
| C | Satisfactory | | 2.0 quality points |
| D | Unsatisfactory but passing | | 1.0 quality points |
| F | Failure | | 0.0 quality points |
| I | Incomplete | S | Satisfactory (C or better) |
| Q | Deferred grade | U | Unsatisfactory |
| N | Audit (no credit) | P | Passed |
| W | Withdrawal | T | Credit By Exam |
| R | Repeated (graduate only) | X | Grade not submitted |
| | | TR | Transfer Credit |

Plus/minus grades effective Fall 1992 semester.

| Previous grades used: | | |
|---|---|---|
| | WP | Withdrew passing |
| | WF | Withdrew failing |

## ACADEMIC FORGIVENESS

Undergraduate students who have withdrawn from the University for five years and have an unacceptable QPA for readmission may request consideration for academic forgiveness. Under academic forgiveness, previous course work at Shippensburg in which a grade of at least a "C" was received will be accepted for credit but will not be used in calculating the QPA. The transcript will show all course work taken and grades received, but only courses taken after forgiveness will be used in calculating the QPA. Course grades not calculated into the QPA due to academic forgiveness are identified by an asterisk (*) next to the original grade.

## SUBJECT HEADINGS AND COURSE DESCRIPTIONS

For information on subject headings and course descriptions, please visit www.ship.edu/catalog.

---

TO TEST FOR AUTHENTICITY: Translucent globe icons *MUST* be visible from both sides when held toward a light source. The face of this transcript is printed on blue SCRIP-SAFE* paper with the name of the institution appearing in white type over the face of the entire document.

SHIPPENSBURG UNIVERSITY OF PENNSYLVANIA • SHIPPENSBURG UNIVERSITY OF PENNSYLVANIA•SHIPPENSBURG UNIVERSITY OF PENNSYLVANIA• SHIPPENSBURG

ADDITIONAL TESTS: The institutional name and the word COPY appear on alternate rows as a latent image. When this paper is touched by fresh liquid bleach, an authentic document will stain brown. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office at (717) 477-1381. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

16223516      SCRIP-SAFE* Security Products, Inc. Cincinnati, OH

---

Rev. 9/2016

OFFICIAL ACADEMIC TRANSCRIPT

**SHIPPENSBURG UNIVERSITY**
1871 Old Main Drive
Shippensburg, PA 17257-2299
www.ship.edu

Student No: 600321985

Record of: Silvia Monica O'Haro

Date Issued: 25-JUL-2019

Page: 2

```
CRSE  NO.       COURSE TITLE              CRED GRD    PTS  R
────────────────────────────────────────────────────────────
Transfer Information continued:
PSY   250       Life Span Development     3.000 TR
      Ehrs:   8.000 QPts:    0.00
      GPA-Hrs: 0.000 GPA:    0.000

Spring 2013       Harrisburg Area Cmty College

ELC   002       Elective Transfer         7.000 TR
      Ehrs:   7.000 QPts:    0.00
      GPA-Hrs: 0.000 GPA:    0.000

Fall 2013         Harrisburg Area Cmty College

ELC   003       Elective Transfer         8.000 TR
ELC   004       Elective Transfer         1.000 TR
      Ehrs:   9.000 QPts:    0.00
      GPA-Hrs: 0.000 GPA:    0.000

Spring 2014       Harrisburg Area Cmty College

ELC   005       Elective Transfer         1.000 TR
ELC   006       Elective Transfer         9.000 TR
      Ehrs:  10.000 QPts:    0.00
      GPA-Hrs: 0.000 GPA:    0.000

Fall 2014         Harrisburg Area Cmty College

ELC   007       Elective Transfer         1.000 TR
ELC   008       Elective Transfer         9.000 TR
      Ehrs:  10.000 QPts:    0.00
      GPA-Hrs: 0.000 GPA:    0.000

INSTITUTION CREDIT:

Fall 2019
IN PROGRESS WORK
PSY   235       Condition & Learn         3.000 IN PROGRESS
PSY   325       Psych of Human Cogn       3.000 IN PROGRESS
                In Progress Credits  6.000


                        ══════ TRANSCRIPT TOTALS ══════
              INSTITUTION   Ehrs:    0.000 QPts:    0.00
                            GPA-Hrs: 0.000 GPA:     0.000

              TRANSFER      Ehrs:   99.000 QPts:    0.00
                            GPA-Hrs: 0.000 GPA:     0.000

              OVERALL       Ehrs:   99.000 QPts:    0.00
                            GPA-Hrs: 0.000 GPA:     0.000
                        ══════ END OF TRANSCRIPT ══════
```

This officially sealed and signed transcript is printed on blue SCRIP-SAFE® security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied the institution name and the word COPY appear as a latent image. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

CONFIDENTIAL



Cathy J. Sprenger, Registrar

SHIP000004

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND        REJECT DOCUMENT IF SIGNATURE ABOVE IS DISTORTED

Exhibit "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SILVIA M. O'HARO, | : |
| Plaintiff | : CIVIL ACTION NO 1:18-CV-2073 |
| v. | : |
| | : Honorable Jennifer P. Wilson |
| HARRISBURG AREA COMMUNITY COLLEGE | : |
| Defendant | : |

## SECOND AFFIDAVIT OF CAREN LARUE

1. I, Caren LaRue, declare, subject to penalty for perjury under the laws of the United States of America, that the following is true and correct:

2. I am currently employed by Harrisburg Area Community College ("HACC") as a professor of Nursing and the Director of the Nursing Program at the College's Gettysburg Campus.

3. Exhibit 1 to this Affidavit is a copy of students' grades in the theory portion of Nursing 206 during the fall semester. The students' names, other than O'Haro's, have been redacted.

4. Five total students originally failed the theory portion of Nursing 206 during the Fall 2014 semester: "R.W.," "L.F.," "E.P.," "M.B.M.," and "O'Haro."

5. M.B.M. is Latina.

6. R.W., L.F., and E.P. are all Caucasian.

7567246.1

7. L.F. failed Nursing 206's theory portion by six points. She did not lodge a grade appeal.

8. E.P. failed Nursing 206 by 12 points. She did not file a grade appeal.

9. R.W. originally failed Nursing 206 by three points. She filed a successful grade appeal, which resulted in her passing Nursing 206.

10. M.B.M. originally failed Nursing 206 by 5.5 points. She filed a successful grade appeal, which resulted in her passing Nursing 206.

11. Since I have been employed at HACC, no student has obtained more than 5.5 course points by filing a grade appeal.

12. The following statement appeared in the course syllabus for Nursing 250 during the Spring 2015 semester: "A NOT MET on any skill at the end of the course and on any learning outcome in the clinical performance evaluation toolkit will result in a 'D' grade for the course, regardless of the theory grade."

13. A "D" grade is a failing grade in HACC's Nursing program.

14. Thus, the language in the Nursing 250 syllabus doesn't mean a student *automatically* must receive a "D" grade if the student obtains a "Not Met" evaluation for any clinical criteria.

15. Instead, that language means that a student must obtain "Met" evaluations on all clinical evaluations. Students cannot make up for a "Not Met"

evaluation by obtaining a sufficiently high grade in Nursing 250's theory component.

16. In other words, a student will receive a *maximum* grade of a "D"—which is a failing grade—if she has a "Not Met" clinical evaluation at the course's conclusion.

17. Students must pass Nursing 250 in order to graduate from HACC's associate degree in Nursing program.

18. O'Haro, therefore, could not have graduated from the program without passing Nursing 250, regardless of the grades she attained in other Nursing courses.

19. Once it became clear that O'Haro had not satisfied all clinical criteria in Nursing 250, she was relieved of the responsibility of sitting for the final exam in that course.

20. Additionally, O'Haro was removed from the Nursing program at that time, since O'Haro's failing grade in Nursing 250 marked the second failing grade she had received in the program.

21. As a result, O'Haro was removed from the other courses she had registered for that semester: Nursing 243 and Nursing 251.

FURTHER AFFIANT SAITH NOT.

3

12/18/2019
_____
Executed on (Date)

_Caren LaRue_
Caren LaRue

4

# EXHIBIT 1

User List - Process Common Hlth Probs II - Harrisburg Area Community College                Page 1 of 1

Need: 261 pts

My Home    Process Common Hlth...                                                    Caron LaRue

                                                                        12/9/2014    Logged in as cylarue

**HACC** Central Pennsylvania's Community College    **Process Common Hlth Probs II**

Course Home | Content | Assessments | Communication | Resources | Faculty

**Enter Grades**  Manage Grades  Schemes  Setup Wizard                      Settings  Help

[Import] Export  More Actions ▼

Note
- Some grade items/categories are not displayed, click Manage Columns to change which items are visible.

View By: User [▼] Apply                                              Switch to Spreadsheet View

Search For:        Show Search Options
                                          **REDACTED**

[ ] Email  50 [▼] per page

| Last Name ▲, First Name | Final Grades Final Calculated Grade | NEED | Final Exam ▼ | Overall Final Exam Grade ▼ | Final Grades Final Calculated Grade ▼ |
|---|---|---|---|---|---|
| | 208 / 258, 80.62 % | 53 | 71 -/92.- | | 5/8, 62.5 % | 208 / 258, 80.62 % |
| | 221 / 258, 85.66 % | 40 | 74 -/92.- | | 7/8, 87.5 % | 221 / 258, 85.66 % |
| | 223.5 / 258, 86.63 % | 37.5 | 76 -/92.- | | 7/8, 87.5 % | 223.5 / 258, 86.63 % |
| | 220 / 258, 85.27 % | 41 | 68 -/92,- | | 6/8, 75 % | 220 / 258, 85.27 % |
| | 207.5 / 258, 80.43 % | 53.5 | 72 -/92,- | | 6/8, 75 % | 207.5 / 258, 80.43 % |
| | 194 / 258, 75.19 % | 67 | 61 -/92.- | (6) | 5/8, 62.5 % | 194 / 258, 75.19 % |
| | 209 / 258, 81.01 % | 52 | 69 -/92,- | | 7/8, 87.5 % | 209 / 258, 81.01 % |
| | 242.5 / 258, 93.99 % | 18.5 | 87 -/92.- | | 8/8, 100 % | 242.5 / 258, 93.99 % |
| | 227 / 258, 87.98 % | 34 | 75 -/92,- | | 8/8, 100 % | 227 / 258, 87.98 % |
| | 217.5 / 258, 84.3 % | 43.5 | 73 -/92,- | | 5/8, 62.5 % | 217.5 / 258, 84.3 % |

| Last Name ▲, First Name | Final Grades Final Calculated Grade ▼ | | Final Exam ▼ | Overall Final Exam Grade ▼ | Final Grades Final Calculated Grade ▼ |
|---|---|---|---|---|---|
| | 219.5 / 258, 85.08 % | 41.5 | 76 -/92.- | | 7/8, 87.5 % | 219.5 / 258, 85.08 % |
| | 207.5 / 258, 80.43 % | 53.5 | 76 -/92.- | | 5/8, 62.5 % | 207.5 / 258, 80.43 % |
| | 206.5 / 258, 80.04 % | 54.5 | 73 -/92.- | | 6/8, 75 % | 206.5 / 258, 80.04 % |
| | 208.5 / 258, 80.81 % | 52.5 | 64 -/92.- | | 7/8, 87.5 % | 208.5 / 258, 80.81 % |
| | 188.5 / 258, 73.06 % | 72.5 | 67 -/92.- | (5.5) | 7/8, 87.5 % | 188.5 / 258, 73.06 % |
| | 209 / 258, 81.01 % | 52 | 81 -/92.- | | 6/8, 75 % | 209 / 258, 81.01 % |
| O'Hara, Silvia | 186 / 258, 72.09 % | 75 | 64.5 -/92.- | (10.5) | 4/8, 50 % | 186 / 258, 72.09 % |
| | 189 / 258, 73.26 % | 72 | 60 -/92.- | 12 | 3/8, 37.5 % | 189 / 258, 73.26 % |
| | 210.5 / 258, 81.59 % | 50.5 | 71 -/92.-, | | 4/8, 50 % | 210.5 / 258, 81.59 % |
| | 212.5 / 258, 82.36 % | 48.5 | 66 -/92.- | | 5/8, 62.5 % | 212.5 / 258, 82.36 % |

| Last Name ▲, First Name | Final Grades Final Calculated Grade ▼ | | Final Exam ▼ | Overall Final Exam Grade ▼ | Final Grades Final Calculated Grade ▼ |
|---|---|---|---|---|---|
| | 226 / 258, 87.6 % | 35 | 72.5 -/92.- | | 8/8, 100 % | 226 / 258, 87.6 % |
| | 220 / 258, 85.27 % | 41 | 79 -/92.- | | 8/8, 100 % | 220 / 258, 85.27 % |
| | 222 / 258, 86.05 % | 39 | 75 -/92.- | | 8/8, 100 % | 222 / 258, 86.05 % |
| | 202.5 / 258, 78.49 % | 58.5 | 67 -/92.- | | 6/8, 75 % | 202.5 / 258, 78.49 % |
| | 209.5 / 258, 81.2 % | 51.5 | 76 -/92.- | | 6/8, 75 % | 209.5 / 258, 81.2 % |
| | 223.5 / 258, 86.63 % | 37.5 | 76 -/92.- | | 6/8, 75 % | 223.5 / 258, 86.63 % |
| | 198.5 / 258, 76.94 % | 62.5 | 70 -/92.- | | 7/8, 87.5 % | 198.5 / 258, 76.94 % |
| | 215.5 / 258, 83.53 % | 45.5 | 75 -/92.- | | 8/8, 100 % | 215.5 / 258, 83.53 % |
| | 190.5 / 258, 73.84 % | 70.5 | 67.5 -/92.- | (3) | 6/8, 75 % | 190.5 / 258, 73.84 % |
| | 199 / 258, 77.13 % | 62 | 70 -/92.- | | 5/8, 62.5 % | 199 / 258, 77.13 % |

| Last Name ▲, First Name | Final Grades Final Calculated Grade ▼ | | Final Exam ▼ | Overall Final Exam Grade ▼ | Final Grades Final Calculated Grade ▼ |
|---|---|---|---|---|---|
| | 222.5 / 258, 86.24 % | 38.5 | 71 -/92.- | | 7/8, 87.5 % | 222.5 / 258, 86.24 % |
| | 231 / 258, 89.53 % | 30 | 72 -/92.- | | 8/8, 100 % | 231 / 258, 89.53 % |

[ ] Email  50 [▼] per page

R00226

D000242