**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SILVIA M. O'HARO, | : | Civil No. 1:18-cv-02073 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HARRISBURG AREA COMMUNITY | : | |
| COLLEGE, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, this 30th day of September, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED** that Defendant's motion for summary judgment, Doc. 29, is **GRANTED**.  The Clerk of Court is directed to enter judgment for Defendant on the sole remaining claims for discrimination and retaliation in Count II of the second-amended complaint, Doc. 17.  The Clerk of Court shall also **CLOSE** this case.

 s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania